UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| KENNETH DUNN AND LOIS DUNN, | § CIVIL ACTION NO. 07-2376 |
| | § |
| Debtors. | § |

## MEMORANDUM AND ORDER

Appellant Midland Mortgage Company has informed the Court that it no longer wishes to proceed with its appeal. This appeal is therefore **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

SIGNED this 14th day of August, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT